# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HAWK TECHNOLOGY SYSTEMS, LLC, | )<br>) |
| Plaintiff, | ) Case No: 1:16-cv-10395<br>) |
| v. | )<br>) |
| PANDUIT CORP., | )<br>) |
| Defendant. | )<br>) |

## NOTICE OF SETTLEMENT

Plaintiff, Hawk Technology Systems, LLC, and Defendant, Panduit Corp. (together, the "Parties"), have agreed to a settlement in principle. The parties accordingly request an extension of pending deadlines to allow them to work on the material terms thereof and prepare and execute a formal settlement agreement up to and including March 28, 2017.

Dated: February 27, 2017

                                                Respectfully submitted,

                                                MEDIA LITIGATION FIRM, P.C.

                          By:   /s/ *Mary K. Schulz*
                                   Mary K. Schulz, Esq.
                                   1144 E. State Street, Suite A260
                                   Geneva, Il 60134
                                   Tel: 312.213-7196
                                   Email: medialitigationfirm@gmail.com
                                   *Counsel for Plaintiff,*
                                   *Hawk Technology Systems, LLC*

# CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *Mary K. Schulz*
Mary K. Schulz, Esq.